Stephen D. Finestone (125675)
John F. Sulllivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
E-Mail: sfinestone@pobox.com

Attorneys for Creditors
Jeff Ridenour and Kristen Koch

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-42663 |
| WILLIAM T. GALDE and STACY K. GALDE | Chapter 7 |
| Debtors. | **STIPULATION TO EXTEND DEADLINE TO BRING AN ACTION UNDER BANKRUPTCY CODE SECTION 523 and 727.** |

Debtors, William T. Galde and Stacy K. Glade ("Debtors") and Jeff Ridenour and Kristen Koch (collectively "Creditors"), by and through their respective attorneys of record, hereby stipulate that the deadline for Creditors to file a complaint against Debtors under either Bankruptcy Code Section 523 or Bankruptcy Code Section 727 shall be extended to and including December 1, 2014. This stipulation is without prejudice to a further stipulation by the parties or an application by Creditors to further extend the deadline.

Dated: September 8, 2014          LAW OFFICES OF STEPHEN D. FINESTONE

                                  /s/ Stephen D. Finestone
                                  Stephen D. Finestone
                                  Attorney for Creditors

///

///

STIPULATION TO EXTEND TIME                -1-

| | | |
|---|---|---|
| 1 | Dated: September 8, 2014 | SMYTH LAW OFFICES |
| 2 | | |
| 3 | | /s/ David A. Smyth<br>David A. Smyth<br>Attorney for Debtors |
| 4 | Stip to Extend Deadline.wpd | |